1  **SOLOUKI | SAVOY, LLP**
   Grant Joseph Savoy, Esq. (SBN 284077)
2      Email: grant@soloukisavoy.com
   Shoham J. Solouki, Esq. (SBN 278538)
3      Email: shoham@soloukisavoy.com
   316 W. 2nd. Street, Suite 1200
4  Los Angeles, CA 90012
   Telephone:  (213) 814.4940
5  Facsimile:   (213) 814.2550

6  *Attorneys for Plaintiff GASPAR CUEVAS*

7  **LITTLER MENDELSON, P.C.**
   Joshua J. Cliffe, Esq. (SBN 215390)
8      Email: jcliffe@littler.com
   Colin Larson, Esq. (SBN 287243)
9      Email: clarson@littler.com
   333 Bush Street, 34th Floor
10 San Francisco, CA 94104
   Telephone:  (415) 433-1940
11 Facsimile:   (415) 399-8490

12 *Attorneys for Defendant*
   *NATIONAL DISTRIBUTION CENTERS, LLC*
13 *erroneously sued as NFI INTERACTIVE LOGISTICS, LLC*

14                **UNITED STATES DISTRICT COURT**

15        **CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION**

| | |
|---|---|
| 16  GASPAR CUEVAS, an individual; and ALL INDIVIDUAL PLAINTIFFS ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED –ON-EXEMPT FORMER AND CURRENT EMPLOYEES; | CASE NO. 2:18-cv-3320-DMG-JPR |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| NFI INTERACTIVE LOGISTICS, LLC, a New Jersey Company and DOES 1 through 10, inclusive, | Complaint Filed: March 22, 2018<br>Case Removed: April 20, 2018 |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant (the "Parties") have reached a settlement in the above-referenced case. A Stipulation of Dismissal of the entire action will be filed once settlement funds are received by Plaintiff.

The Parties respectfully request that the Scheduling Conference set for 8/27/2018 at 11:00 AM before Judge Jesus G. Bernal and any other hearings be removed from calendar.

DATED: August 23, 2018     **SOLOUKI | SAVOY, LLP**

By:    /s/ Shoham J. Solouki
         Grant Joseph Savoy, Esq.
         Shoham J. Solouki, Esq.

*Attorneys for Plaintiff*
*GASPAR CUEVAS*

DATED: August 23, 2018     **LITTLER MENDELSON, P.C.**

By:    /s/ Colin Larson
         Joshua J. Cliffe, Esq.
         Colin Larson, Esq.

*Attorneys for Defendant*
*NATIONAL DISTRIBUTION CENTERS, LLC*

**Certificate of Service**

I, Shoham J. Solouki, served a copy of the foregoing by electronic means to those counsel on the Court's Electronic Mail Notice List who are currently signed up to receive email including the following counsel of record on this 23rd day of August 2018:

| | |
|---|---|
| Shoham J Solouki | shoham@soloukisavoy.com |
| Colin Larson | lponce@littler.com, clarson@littler.com |
| Britney Noelle Torres | btorres@littler.com, smasada@littler.com, lkahl@littler.com |
| Joshua Joseph Cliffe | madriano@littler.com, jcliffe@littler.com |
| Grant Joseph Savoy | grant@soloukisavoy.com |

*Shoham J. Solouki /s/*

---

2
**JOINT NOTICE OF SETTLEMENT**