1  **SOLOUKI | SAVOY, LLP**
   Grant Joseph Savoy, Esq. (SBN 284077)
2      Email: grant@soloukisavoy.com
   Shoham J. Solouki, Esq. (SBN 278538)
3      Email: shoham@soloukisavoy.com
   316 W. 2nd. Street, Suite 1200
4  Los Angeles, CA 90012
   Telephone:  (213) 814.4940
5  Facsimile:   (213) 814.2550

6  *Attorneys for Plaintiff GASPAR CUEVAS*

7  **LITTLER MENDELSON, P.C.**
   Joshua J. Cliffe, Esq. (SBN 215390)
8      Email: jcliffe@littler.com
   Britney N. Torres, Esq. (SBN 287019)
9      Email: btorres@littler.com
   Colin Larson, Esq. (SBN 287243)
10     Email: clarson@littler.com
   333 Bush Street, 34th Floor
11 San Francisco, CA 94104
   Telephone:  (415) 433-1940
12 Facsimile:   (415) 399-8490

13 *Attorneys for Defendant*
   *NATIONAL DISTRIBUTION CENTERS, LLC*
14 *erroneously sued as NFI INTERACTIVE LOGISTICS, LLC*

15              **UNITED STATES DISTRICT COURT**

16         **CENTRAL DISTRICT OF CALIFORNIA -WESTERN DIVISION**

| | |
|---|---|
| 17  GASPAR CUEVAS, an individual; and ALL INDIVIDUAL PLAINTIFFS ON 18  BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY 19  SITUATED –ON-EXEMPT FORMER AND CURRENT EMPLOYEES; 20 21              Plaintiff, 22  v. 23  NFI INTERACTIVE LOGISTICS, LLC, a New Jersey Company and 24  DOES 1 through 10, inclusive, 25              Defendants. | CASE NO. 2:18-cv-3320-JGB-SPx  **ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**  Complaint Filed:  March 22, 2018 Case Removed:  April 20, 2018 |

# ORDER

The Court has reviewed the Joint Stipulation Requesting Voluntary Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Gaspar Cuevas and Defendant NATIONAL DISTRIBUTION CENTERS, LLC erroneously sued as NFI INTERACTIVE LOGISTICS, LLC (collectively, the "Parties").

GOOD CAUSE APPEARING, the Parties' Stipulation requesting dismissal of this entire action with prejudice is hereby GRANTED, each party to bear their own attorneys' fees and costs. The case is hereby dismissed in its entirety and with prejudice as to Plaintiff's individual claims against Defendant.

**IT IS SO ORDERED.**

Dated: November 5, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE